AB:PP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

-against-

MELVIN GEORGE,

                    Defendant.

– – – – – – – – – – – – – – – – – – – X

AFFIDAVIT AND COMPLAINT
IN SUPPORT
OF APPLICATION FOR
AN ARREST WARRANT

(T. 18, U.S.C., § 922(g)(1))

19-MJ-573

EASTERN DISTRICT OF NEW YORK, SS:

   DEBRA LAWSON, being duly sworn, deposes and states that she is a

Detective with the New York City Police Department ("NYPD"), duly appointed according

to law and acting as such.

   Upon information and belief, on or about June 17, 2019, within the Eastern

District of New York, the defendant MELVIN GEORGE, knowing that he had been

previously convicted in a court of one or more crimes punishable by imprisonment for a term

exceeding one year, did knowingly and intentionally possess in and affecting interstate or

foreign commerce a firearm, to wit: a Smith & Wesson 9mm semi-automatic pistol bearing

serial number HVK6783.

   (Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows[1]:

1.    I am a Detective with the NYPD and have been involved in the investigation of numerous cases involving firearms offenses. I am currently assigned to the Triggerlock Unit. I am familiar with the facts and circumstances set forth below from my personal involvement in this investigation, my review of documents, records and reports, and from reports made to me by other law enforcement Detectives and personnel. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2.    At approximately 3:25 a.m. on June 17, 2019, two New York City Police Department ("NYPD") officers ("Officer-1" and "Officer-2")[2] were conducting a patrol in a marked police car in the 73rd Precinct. Officer-1 was driving the vehicle and Officer-2 was in the front passenger seat. The officers were driving on Lott Avenue near Thatford Avenue when Officer-1 heard multiple gunshots. Shortly thereafter, the officers received a ShotSpotter notification that four gunshots had been fired near 525 Chester Street, near the corner of Chester Street and Newport Street, approximately two blocks and one avenue from where the officers were.

---

[1]    Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

[2]    Because multiple law enforcement personnel were involved in the arrest of this defendant, I refer to them as Officer-1 and Officer-2 for ease of reference. The identities of each of these individuals are known to the affiant, and I have interviewed Officer-1 and Officer-2 about the events set forth herein.

3.     Officer-1 drove the vehicle westbound on Lott Avenue and turned northbound onto Chester Street.  Near approximately 546 Chester Street, Officer-1 observed an individual, later identified as the defendant, MELVIN GEORGE, walking on the west side of Chester Street (on the side of the street closest to Officer-1).  Officer-1 observed GEORGE take a black object from underneath his sweatshirt and drop it to the ground, and heard a metal clang as the object hit the cement.  Officer-2 also heard the metal clang.

4.     The officers then exited their vehicle to look for the object.  Within approximately five seconds, Officer-1 found a firearm, picked it up and yelled to Officer-2 that there was a gun.  Officer-2 then observed the defendant MELVIN GEORGE running away, approximately twenty feet from where Officer-2 was standing, and he began pursuit southbound on Chester Street.  Officer-1, carrying the firearm that the defendant had dropped, also began pursuit.

5.     After the defendant MELVIN GEORGE ran southbound on Chester Street, he turned right on to Lott Avenue, ran one block, and then turned right on to Bristol Street.  The defendant was observed by Officer-2 during the entire chase.

6.     The defendant MELVIN GEORGE then entered his apartment at 513 Bristol Street.  As he entered and locked a gate behind him, Officer-1 and Officer-2 were able to see the defendant's face.  Security camera footage from the building also evidences the defendant's entering the apartment building with Officer-1 and Officer-2 chasing him to the location and then standing outside the building.

7.     Officer-1, along with several other officers, were then stationed outside 513 Bristol Street.  Approximately several minutes after the defendant MELVIN GEORGE entered the building, Officer-1 heard a loud thud coming from the back of the apartment, and

3

entered the alleyway to the south of the apartment building. When he entered the yard, Officer-1 observed the defendant lying on the ground in pain, apparently having jumped out of the second floor window of the building. The defendant was placed under arrest, and subsequently transported to Brookdale Hospital where he diagnosed with a broken foot and other injuries.

8.      An examination of the firearm by law enforcement agents showed it to be a loaded, Smith & Wesson 9mm semi-automatic pistol bearing serial number HVK6783.

9.      Based on my discussions with an interstate nexus expert from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, I know that the firearm recovered from the defendant was manufactured outside of the State of New York.

10.      I have reviewed the defendant's criminal history records. On or about December 18, 2014, the defendant was convicted in the United States District Court for the District of Vermont of conspiracy to distribute heroin and cocaine base, in violation of 21 U.S.C. §§ 841(a), (b)(1)(C), and 846, a felony under federal law, punishable by more than one year imprisonment.

4

WHEREFORE, your deponent respectfully requests that the defendant

MELVIN GEORGE be dealt with according to law.

DEBRA LAWSON
Detective
New York City Police Department

Sworn to before me this
20th day of June, 2019

S/Mann

THE                                . MANN
CHI                               STRATE JUDGE
EAS                               YORK

5